Joseph Carroll #48856-509
Federal Correctional Inst #2
P.O. Box 1500
Butner NC 27509



Raleigh NC
PROC 276 AFSM 3
FRI 23 DEC 2022 AM

RECEIVED
JAN 05 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Clerk of The U.S. District
Court
P.O. Box 25670
Raleigh, NC 27611

Case 5:23-hc-02004-BO-RJ   Document 1-2   Filed 01/05/23   Page 1 of 2

**FEDERAL CORRECTIONAL INST. #2**
**P.O. BOX 1500**
**BUTNER, NORTH CAROLINA 27509**

DATE: __12-22-22__
"SPECIAL/LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address.